New York Marine Court.
Special Term—October, 1878.

THEODORE CROMMELIN against SAMUEL P.
DINSMORE, IMPLEADED, &c.

An attorney who is sued and appears in propria persona, and succeeds
in the action, is entitled to the same costs as if he had appeared as
attorney for another.

McADAM, J.—The action being upon contract, and
the plaintiff having recovered less than fifty dollars,
the defendant is entitled to costs (Code, §§ 304, 305), and
this, notwithstanding the fact that the defendant ap-
peared in propria persona. The statutory costs are
not awarded to the attorney, but to the prevailing
party by way of indemnity for his expenses in the ac-
tion (Code, §§ 303–305). The services of the defendant
(who is an attorney and counselor-at-law) in his own
defense, are presumably as valuable as the same ser-
vices would have been in the defense of another ; and

if the doctrine of indemnification is to prevail, there is no reason why he should not be similarly compensated. This construction carries out the spirit and intent of the various provisions of the code as to costs, and must be followed in the present case. Ordered accordingly.